IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ISAAC T. BOLDEN, JR.,         *

        Plaintiff,      *

v.        *      Civil Action No. _____

STEPHEN T. MOYER, SECRETARY, *
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES,  *
 *et al.*,

        Defendants.    *

                *

\*    \*    \*    \*    \*    \*    \*

## <u>NOTICE OF REMOVAL</u>

Defendants Stephen T. Moyer, Secretary of the Department of Public Safety & Correctional Services, the Department of Public Safety and Correctional Services, Wayne A. Webb, former Commissioner of Correction, Gwendolyn Oliver, Acting Warden of the Baltimore City Detention Center, Andre Lyles, Case Manager, and Supervisor Gilbert Abraham, by their attorneys, Brian E. Frosh, Attorney General of Maryland, and Edward J. Kelley and Merrilyn E. Ratliff, Assistant Attorneys General, pursuant to 28 U.S.C. §1446(a), hereby give notice of the removal to this Court of the cause of action entitled *Isaac T. Bolden, Jr., v. Secretary, Stephen T. Moyer, Department of Public Safety and Correctional Services, et al.*, Circuit Court for Baltimore City, Maryland, No. 24-C-18-004867, and in support thereof state the following:

1.      The above entitled matter is a civil action brought by Isaac T. Bolden, Jr. In his complaint, Plaintiff seeks damages arising from the Defendants allegedly releasing

Plaintiff from prison four days after his prison term expired.  The Plaintiff's claims are brought under the Fifth, Eighth, Ninth, and Fourteenth Amendments of the United States Constitution, and Maryland State law.

2.    The removing parties are defendants in the above entitled action.

3.    On August 27, 2018, the above entitled action (hereinafter, the "State action") was commenced against the removing parties in the Circuit Court for Baltimore City, Maryland, and is now pending therein.

4.    Defendant Stephen Moyer, Defendant Department of Public Safety and Correctional Services, Defendant Gwendolyn Oliver, and Defendant Andre Lyles have been served in the state court action.  Copies of the Complaint, summonses served on Defendants, and the returns filed in the circuit court are attached hereto as Exhibit 1. Defendant Wayne Webb and Defendant Supervisor Abraham have not been served properly in the state court action.[1]  A copy of the summons received by the Department of Public Safety & Correctional Services, but not served on Defendant Wayne Webb, is attached hereto as Exhibit 2.  The returns filed in the circuit court regarding service of Defendants Webb and Abraham are attached hereto as Exhibit 3.  According to the online docket maintained by Maryland Judiciary on its Case Search website, other than the filing of the complaint and the filing of the returns of service, no proceedings have taken place

---

[1] Plaintiff attempted to serve Defendant Wayne Webb and Defendant Supervisor Gilbert Abraham by certified mail sent to their former places of employment.  *See* Exhibits 2 & 3.  However, to be served properly in that manner, the summons and complaint must be delivered to the party's proper address and delivered personally to the party or to an individual authorized to accept service on the party's behalf.  *See* Maryland Rules 2-121(a) and 2-124(b), (k).  These requirements were not met with regard to defendants Webb and Abraham.

in the Circuit Court for Baltimore City in the State action as of the filing of this notice of removal.

5.    This Court has original jurisdiction under 28 U.S.C. §1331 and §1343 and the State action may therefore be removed to this Court under 28 U.S.C. §1441(a).  This Court has supplemental jurisdiction of the state law claims asserted in the complaint under 28 U.S.C. §1367(a).

6.    By removal, Defendants do not waive any right to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations of the Plaintiff's complaint or any proposed amendment thereto, including allegations of entitlement to relief thereunder.

7.    Copies of the complaint and the writs of summons directed toward the removing parties in the above-entitled action are attached hereto as Exhibits pursuant to Local Rule 103.5.

8.    This notice is filed with this Court within 30 days after receipt of the summonses and complaint directed to the removing parties in the above-entitled action.

Respectfully submitted,


BRIAN E. FROSH
Attorney General of Maryland

– and –


3

_____/s/_____

EDWARD J. KELLEY
Assistant Attorney General
Federal Bar No. 27039
Office of the Attorney General
Department of Public Safety
and Correctional Services
300 East Joppa Road, Suite 1000
Towson, Maryland 21286
(410) 339-3782
(410) 764-5366 (fax)
E-mail: Edward.Kelley@maryland.gov


_____/s/_____

MERRILY E. RALTIFF
Assistant Attorney General
Federal Bar No. 30034
Assistant Attorney General

Office of the Attorney General
Department of Public Safety
and Correctional Services
300 East Joppa Road, Suite 1000
Towson, Maryland 21286
(410) 339-7339
(410) 764-5366 (fax)
E-mail: Merrilyn.Ratliff@Maryland.gov


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of October, 2018, a copy of the foregoing Notice of Removal was mailed, postage prepaid, to Bernard C. Coleman, Jr., 1401 Mercantile Lane, Suite 104, Upper Marlboro, MD 20774.


_____/s/_____
EDWARD J. KELLEY


4